UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR-22-342 (ADM/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| | ) |
| Plaintiff, | ) 18 U.S.C. § 2 |
| | ) 21 U.S.C. § 841(a)(1) |
| v. | ) 21 U.S.C. § 841(b)(1)(A) |
| | ) 21 U.S.C. § 841(b)(1)(B) |
| 1.  MICHAEL ANTHONY ORTIZ, | ) 21 U.S.C. § 841(b)(1)(C) |
| | ) 21 U.S.C. § 846 |
| 2.  ESTEBAN AMBRIZ, JR., | ) 21 U.S.C. § 853 |
| | ) |
| 3.  LORI BETH LUNA, | ) |
| | ) |
| 4.  ANGELA DAWN MARTIN, and | ) |
| | ) |
| 5.  KYRIA IDARMIS BAUTISTA ROLDAN, | ) |

Defendants.

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Conspiracy To Distribute Methamphetamine)

From in or about the fall of 2021 and continuing through in or about August 2022, in the State and District of Minnesota, and elsewhere, the defendants,

**MICHAEL ANTHONY ORTIZ,
ESTEBAN AMBRIZ, JR.,
LORI BETH LUNA,
ANGELA DAWN MARTIN, and
KYRIA IDARMIS BAUTISTA ROLDAN,**

did unlawfully, knowingly and intentionally conspire with each other and with others, known and unknown to the grand jury, to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

SCANNED
DEC 0 1 2022
U.S. DISTRICT COURT ST. PAUL

## COUNT 2
(Distribution of Methamphetamine)

On or about November 2, 2021, in the State and District of Minnesota, the defendant,

**LORI BETH LUNA,**

did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3
(Distribution of Methamphetamine)

On or about November 3, 2021, in the State and District of Minnesota, the defendant,

**LORI BETH LUNA,**

did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4
(Distribution of Methamphetamine)

On or about November 9, 2021, in the State and District of Minnesota, the defendant,

**LORI BETH LUNA,**

being aided and abetted by another, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled

substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 5
(Distribution of Methamphetamine)

On or about March 23, 2022, in the State and District of Minnesota, the defendant,

**ESTEBAN AMBRIZ, JR.,**

did unlawfully, knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 6
(Distribution of Methamphetamine)

On or about March 25, 2022, in the State and District of Minnesota, the defendant,

**ESTEBAN AMBRIZ, JR.,**

did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 7
(Distribution of Methamphetamine)

On or about April 1, 2022, in the State and District of Minnesota, the defendant,

**ESTEBAN AMBRIZ, JR.,**

did unlawfully, knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 8
(Possession With the Intent To Distribute Methamphetamine)

On or about May 5, 2022, in the State and District of Minnesota, the defendant,

**LORI BETH LUNA,**

did unlawfully, knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 9
(Distribution of Methamphetamine)

On or about August 11, 2022, in the State and District of Minnesota, and elsewhere, the defendants,

**MICHAEL ANTHONY ORTIZ, and
KYRIA IDARMIS BAUTISTA ROLDAN,**

each aiding and abetting the other, did unlawfully, knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 10
(Possession With the Intent To Distribute Methamphetamine)

On or about August 19, 2022, in the State and District of Minnesota, and elsewhere, the defendants,

**MICHAEL ANTHONY ORTIZ, and
ANGELA DAWN MARTIN,**

each aiding and abetting the other, did unlawfully, knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

If convicted of any of Counts 1 through 10 of this Indictment, the defendants,

**MICHAEL ANTHONY ORTIZ,
ESTEBAN AMBRIZ, JR.,
LORI BETH LUNA,
ANGELA DAWN MARTIN, and
KYRIA IDARMIS BAUTISTA ROLDAN,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of each such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of each such violation. If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property under Title 21, United States Code, Section 853(p).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                FOREPERSON