AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**
**DEC 12 2022**
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**SEALED**

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Anthony Ortiz (1) | ) Case No. 22-cr-342 (ADM/DTS) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

2022 DEC -1 PM 2:45
RECEIVED
U.S. MARSHAL
ST. PAUL, MN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Anthony Ortiz,

who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 1 - Conspiracy to Distribute Methamphetamine, 21:841(a)(1), 841(b)(1)(A) and 846; Count 9 - Distribution of Methamphetamine, 21:841(a)(1) and 841(b)(1)(B) and 18:2; Count 10 - Possession With the Intent To Distribute Methamphetamine, 21:841(a)(1) and 841(b)(1)(A) and 18:2.

Date: 12/1/2022

*Issuing officer's signature* — M. Fogarty

City and state: Saint Paul, Minnesota

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |

Date: _____

ARRESTED ON 12/6/2022
ARRESTED BY DEA-NVCA
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

**SCANNED**
DEC 1 3 2022
U.S. DISTRICT COURT ST. PAUL

*Printed name and title*