UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-342(1) (ADM/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) GOVERNMENT'S MOTION TO ) REVOKE ORDER OF RELEASE |
| MICHAEL ANTHONY ORTIZ, | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through its undersigned attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Thomas M. Hollenhorst, Assistant United States Attorney, and hereby moves this Honorable Court pursuant to 18 U.S.C. § 3145(a)(1) to revoke the order of release issued by the Honorable Virginia K. Demarchi, United States Magistrate Judge, Northern District of California, on December 14, 2022 (see attached). The basis for the government's motion is more fully set forth in the government's motion to stay order of release filed contemporaneously with this motion.

Dated:  December 15, 2022            Respectfully submitted,

                                            ANDREW M. LUGER
                                            United States Attorney

                                            s/*Thomas M. Hollenhorst*
                                            BY: THOMAS M. HOLLENHORST
                                            Assistant United States Attorney
                                            Attorney ID No. 46322